CINCINNATI BAR ASSOCIATION *v.* EBEL.

[Cite as Cincinnati Bar Assn. *v.* Ebel (1983), 5 Ohio St. 3d 145.]

(D.D. No. 83-11—Decided June 8, 1983.)

*Ms. Susan J. Dlott, Mr. Frederick O. Kiel* and *Mr. David W. Matthews,* for relator.

*Per Curiam.* After a careful examination and review of the record in this cause, this court concurs with the findings and conclusions of the board that respondent violated DR 1-102(A)(4), DR 6-101(A)(3) and DR 7-101(A)(2) and (3).

It is the judgment of this court that respondent be indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J.P. CELEBREZZE, JJ., concur.